UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.C., individually and on behalf of K.C.,<br><br>     Plaintiffs,<br><br>– against –<br><br>New York City Department of Education,<br><br>     Defendant. | [PROPOSED] JUDGMENT<br><br>24-cv-1772 (RA) |

## [PROPOSED] JUDGMENT

**IT IS HEREBY ADJUGED AND ORDERED** that, for the reasons given and subject to the modifications stated in the Court's Opinion and Order dated September 30, 2025, Plaintiffs' motion for summary judgment is **GRANTED**.

Judgment is therefore entered in favor of Plaintiffs and against Defendant as follows:

1. Defendant will pay Plaintiffs $57,717.85 for attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: November 25, 2025
   New York, New York

                 _____
                 Ronnie Abrams
                 United States District Judge